**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2463**

ERIC D. STREETER,

        Plaintiff - Appellant,

    v.

WALDEN UNIVERSITY, LLC; LAUREATE EDUCATION, INC.,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (1:16-cv-03460-CCB)

Submitted: June 25, 2018                         Decided: July 10, 2018

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric D. Streeter, Appellant Pro Se. Robert Scott Brennen, MILES & STOCKBRIDGE, PC, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric D. Streeter appeals the district court's order granting Defendants' motion to dismiss his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Streeter v. Walden Univ., LLC*, No. 1:16-cv-03460-CCB (D. Md. filed Dec. 5, 2017 & entered Dec. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
